# EXHIBIT B

# Claim Chart for U.S. Pat. No. 8,253,686
## vs.
## MX Ink

**Claim 1**

**A pointing apparatus capable of providing haptic feedback, the pointing apparatus comprising:**
a wireless communication unit receiving an event including haptic output information through wireless communication with the outside;
a controller generating a control signal for reproducing a haptic pattern corresponding to the haptic output information; and
a haptic stimulator reproducing the haptic pattern by means of the control signal,
wherein the haptic stimulator comprises at least one of:
a rotary vibrator generating a vibration by means of a first mass that is rotated by the control signal; and
a linear vibrator generating an impact and a vibration by means of a second mass that linearly moves upward and downward by a magnetic field corresponding to the control signal,
wherein the controller increases an input cycle of the control signal in proportion to the moving speed of a pointer.

**MX Ink**

The MX Ink (labeled 100) is a pointing apparatus capable of providing haptic feedback.

The annotated figures below show MX Ink 100 and a Meta Quest headset (labeled 202). MX Ink 100 is a pointing apparatus, for example, a stylus. When paired with Meta Quest headset 202, for example, the Meta Quest 3 mixed reality headset, MX Ink 100 is capable of providing haptic feedback. *See* https://www.logitech.com/en-us/products/vr/mx-ink.html: "MX Ink stylus seamlessly pairs with Meta Quest headsets … ."
*See also* https://www.logitech.com/en-us/products/vr/mx-ink.html: "Introducing MX Ink Mixed Reality Stylus for Meta Quest. … haptic feedback included."



**Claim 1**

A pointing apparatus capable of providing haptic feedback, the pointing apparatus comprising:
**a wireless communication unit receiving an event including haptic output information through wireless communication with the outside;**
a controller generating a control signal for reproducing a haptic pattern corresponding to the haptic output information; and
a haptic stimulator reproducing the haptic pattern by means of the control signal,
wherein the haptic stimulator comprises at least one of:
a rotary vibrator generating a vibration by means of a first mass that is rotated by the control signal; and
a linear vibrator generating an impact and a vibration by means of a second mass that linearly moves upward and downward by a magnetic field corresponding to the control signal,
wherein the controller increases an input cycle of the control signal in proportion to the moving speed of a pointer.

**MX Ink**

The MX Ink comprises a wireless communication unit receiving an event including haptic output information through wireless communication with the outside.

Meta Quest headset 202, for example, the Meta Quest 3 running the Meta Horizon operating system, generates information about a haptic pattern reproduced in the MX Ink, such as amplitude, frequency, looping, etc., which includes "haptic output information." Meta Quest headset 202 transmits a haptic feedback event that includes the haptic output information to the MX Ink, for example, via a haptic clip player. *See* https://developers.meta.com/horizon/reference/upm-haptics/v71/class_oculus_haptics_haptic_clip_player: "HapticClipPlayer provides controls for playing a HapticClip. … The rendered amplitude and frequency can be modulated during runtime using the HapticClipPlayer.amplitude and HapticClipPlayer.frequencyShift properties respectively. You can also loop a clip using the HapticClipPlayer.isLooping property." *See also* https://developers.meta.com/horizon/documentation/native/experimental/exp-haptics-integrate: "To play a haptic clip, you need to load it first. … Once you have loaded a clip, you can use a haptics_sdk_create_player() to create a clip player. Afterwards, assign a clip to the player with haptics_sdk_player_set_clip() and start playback on a specific controller (left, right, or both) with haptics_sdk_player_play()." *See also id.*: "Loop haptics Use haptics_sdk_player_set_looping_enabled() to enable or disable looping of clip playback. … Modulate haptics You can change the strength or frequency of a vibration during playback by calling haptics_sdk_player_set_amplitude() and haptics_sdk_player_set_frequency_shift()."



A wireless communication unit of the MX Ink receives the event including haptic output information through wireless communication with the outside. The annotated figures below show the MX Ink with its casing opened revealing a first side of a printed circuit board (PCB, labeled 103 + 105) having various electronic components. PCB 103 + 105 of the MX Ink has a wireless communication unit, or combines the various electronic components therein, to form a wireless communication unit, to connect over Bluetooth. See https://www.logitech.com/en-us/products/vr/mx-ink.html: "MX Ink stylus seamlessly pairs with Meta Quest headsets … ." See also https://support.logi.com/hc/en-us/articles/24152533929751-Specification-MX-Ink: "Bluetooth Low Energy." For example, PCB 103 + 105 is believed to include a Nordic Semiconductor NRF52820 Bluetooth v5.4 SoC [system-on-chip] (labeled A).





**Claim 1**

A pointing apparatus capable of providing haptic feedback, the pointing apparatus comprising:
a wireless communication unit receiving an event including haptic output information through wireless communication with the outside;
**a controller generating a control signal for reproducing a haptic pattern corresponding to the haptic output information; and**
a haptic stimulator reproducing the haptic pattern by means of the control signal,
wherein the haptic stimulator comprises at least one of:
a rotary vibrator generating a vibration by means of a first mass that is rotated by the control signal; and
a linear vibrator generating an impact and a vibration by means of a second mass that linearly moves upward and downward by a magnetic field
    corresponding to the control signal,
wherein the controller increases an input cycle of the control signal in proportion to the moving speed of a pointer.

**MX Ink**

The MX Ink comprises a controller generating a control signal for reproducing the haptic pattern corresponding to the haptic output information.

The annotated figures below show the MX Ink with its casing opened revealing a second side of PCB 103 + 105 having various electronic components. PCB 103 + 105 of the MX Ink has a controller, or combines the various electronic components therein, to form a controller to drive the MX Ink's haptic stimulator. For example, PCB 103 + 105 is believed to include a Texas Instruments DRV2624 Haptic Driver (labeled B).





**Claim 1**

A pointing apparatus capable of providing haptic feedback, the pointing apparatus comprising:

a wireless communication unit receiving an event including haptic output information through wireless communication with the outside;

a controller generating a control signal for reproducing a haptic pattern corresponding to the haptic output information; and

**a haptic stimulator reproducing the haptic pattern by means of the control signal,**

wherein the haptic stimulator comprises at least one of:

a rotary vibrator generating a vibration by means of a first mass that is rotated by the control signal; and

a linear vibrator generating an impact and a vibration by means of a second mass that linearly moves upward and downward by a magnetic field corresponding to the control signal,

wherein the controller increases an input cycle of the control signal in proportion to the moving speed of a pointer.

**MX Ink**

The MX Ink comprises a haptic stimulator reproducing the haptic pattern by means of the control signal.

The first annotated figure below shows the MX Ink with its casing opened revealing a second side of the PCB and a linear resonant actuator (LRA, labeled 102). The second annotated figure below shows a close-up view of LRA 102. The third annotated figure below shows exemplary haptic patterns reproduced by the haptic stimulator. LRA 102 of the MX Ink is a haptic stimulator, or combines with various electronic components of the MX Ink, to form a haptic stimulator. For example, the haptic stimulator is believed to include a DMEGC LM0825 Vibration Motor (LRA). The haptic stimulator reproduces a haptic pattern by means of the control signal from the controller, for example, via a ribbon connector to the PCB.







**Claim 1**

A pointing apparatus capable of providing haptic feedback, the pointing apparatus comprising:
a wireless communication unit receiving an event including haptic output information through wireless communication with the outside;
a controller generating a control signal for reproducing a haptic pattern corresponding to the haptic output information; and
a haptic stimulator reproducing the haptic pattern by means of the control signal,
**wherein the haptic stimulator comprises at least one of:**
**a rotary vibrator generating a vibration by means of a first mass that is rotated by the control signal; and**
**a linear vibrator generating an impact and a vibration by means of a second mass that linearly moves upward and downward by a magnetic field corresponding to the control signal,**
wherein the controller increases an input cycle of the control signal in proportion to the moving speed of a pointer.

**MX Ink**

The haptic stimulator comprises a linear vibrator generating an impact and a vibration by means of a mass that linearly moves upward and downward by a magnetic field corresponding to the control signal.

As described above, the haptic stimulator includes, for example, linear resonant actuator (LRA) 102.  *See* the video "Meta Quest 3's Best Weapon Against Apple Vision Pro: Logitech MX Ink" at https://www.youtube.com/watch?v=VwzrvxsKZ9k from 5:40 to 5:46: "It's a LRA, linear resonant actuator, motor in this."  In the MX Ink, LRA 102 generates vibration by means of a mass that linearly moves upward and downward by a magnetic field.  An actuator coil generates the magnetic field corresponding to the control signal.  The magnetic field is varied in response to the control signal, thereby causing the mass to generate impacts that can be sensed as vibrations.  *See* https://microdcmotors.com/linear-vibration-motor: "LRA is a spring-mass system that vibrates in a linear motion. Inside, there is a coil suspended by springs and when voltage is applied, the coil generates a magnetic field. The coil interacts with the magnet and mass, whereas the magnetic field varies with the applied drive signal, the magnet and mass move up and down creating force. This movement is perceived as a vibration."

The annotated figure below shows a close-up view of LRA 102.  The cylindrical silver material is a chassis that houses the mass, magnetic field generating coil, and other components of LRA 102.  LRA 102 generates vibrations, for example, due to impacts on a top side and/or a bottom side of the chassis, wherein the impacts are also made on the user's fingers and felt by the user as vibrations.



**Claim 1**

A pointing apparatus capable of providing haptic feedback, the pointing apparatus comprising:
a wireless communication unit receiving an event including haptic output information through wireless communication with the outside;
a controller generating a control signal for reproducing a haptic pattern corresponding to the haptic output information; and
a haptic stimulator reproducing the haptic pattern by means of the control signal,
wherein the haptic stimulator comprises at least one of:
a rotary vibrator generating a vibration by means of a first mass that is rotated by the control signal; and
a linear vibrator generating an impact and a vibration by means of a second mass that linearly moves upward and downward by a magnetic field corresponding to the control signal,
**wherein the controller increases an input cycle of the control signal in proportion to the moving speed of a pointer.**

**MX Ink**

Movement of MX Ink 100 moves a pointer. For example, the pointer may include a tip end of MX Ink 100 and/or a cursor of a Meta Quest headset, which moves when MX Ink 100 moves.

The annotated figure below is an exemplary augmented reality image displayed by a Meta Quest headset, and shows MX Ink 100 and an exemplary pointer 802. Movement of MX Ink 100 moves exemplary pointer 802, which interacts, for example, with the default virtual menu of the Meta Quest headset. *See* https://www.logitech.com/en-us/products/vr/mx-ink.html: "point-and-click control … ." *See also* https://support.precisionostech.com/knowledge/use-the-universal-menu-on-meta-quest: "Using the universal menu on Meta Quest – The universal menu lets you access features and launch your favorite apps no matter where you are in VR."

As described further below, MX Ink 100 provides haptic feedback, for example, as the pointer moves across a portion (outlined yellow) of the default virtual menu of the Meta Quest headset.



Page 17 of 19

The pointer may include a tip end of MX Ink 100.  The annotated figure below shows MX Ink 100 and an exemplary pointer 802.  Movement of MX Ink 100 moves exemplary pointer 802.



The controller increases an input cycle of the control signal that reproduces the haptic feedback in proportion to the moving speed of a pointer. For example, a higher frequency haptic feedback/stimulation from MX Ink 100 is provided as the moving speed of the pointer increases, as described further below. The higher frequency haptic feedback/stimulation indicates an increase in the input cycle of the control signal.

The annotated figures below show graphs representing the vibration of MX Ink 100 over time as the pointer moves across a portion of the default virtual menu of a Meta Quest headset. The MX Ink pen is used as a pointing device, i.e., the device intended to be used right after pairing with the Meta Quest headset. The oscilloscope readings correspond to the haptic feedback received due to moving the MX Ink pen across the virtual menu of a Meta Quest headset.

In the annotated figure below left, the pointer moves at a slower speed, while in the annotated figure below right, the pointer moves at a faster speed. Both annotated figures have the same time scale and can be directly compared. In the annotated figure below left, 6 haptic feedbacks/stimulations are provided in an approximately 640 millisecond period when the moving speed of the pointer is slower. In the annotated figure below right, the 6 haptic feedbacks/stimulations are provided in an approximately 225 millisecond period when the moving speed of the pointer is faster. Thus, a higher frequency haptic feedback/stimulation from MX Ink 100 is provided as the moving speed of the pointer increases. The higher frequency haptic feedback/stimulation indicates an increase in the input cycle of the control signal.

